PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Cassandre Moinville　　　　　　　　　　Cr.: 06-00790-002
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　PACTS #: 47131

Name of Sentencing Judicial Officer: Honorable Susan D. Wigenton

Date of Original Sentence: 06/08/09

Original Offense: Conspiracy to Defraud the Government

Original Sentence: 5 years probation, restitution $63,663.57

Type of Supervision: Probation　　　　　　　　　　Date Supervision Commenced: 06/08/09

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has not made monthly payments of at least $200 as ordered by the Court. |

U.S. Probation Officer Action:

The offender will be required to submit weekly logs documenting her employment search, and has been referred to participate in our in-house financial literacy workshop that commences at the end of this month. Until the offender obtains employment, we recommend holding her monthly minimum restitution payments in abeyance. If additional information is obtained, we will notify Your Honor and recommend an alternate course of action.

Respectfully submitted,

By: Elisa Martinez
U.S. Probation Officer
Date: 07/12/11

The Court orders the following:

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[X] Other- the offender abide by the course of action as stated by the probation office above

Signature of Judicial Officer

July 18, 2011
Date