PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Cassandre Moinville　　　　　　　　　　Cr.: 06-00790-002
　　　　　　　　　　　　　　　　　　　　　　　　　　　　PACTS Number: 47131

Name of Sentencing Judicial Officer: Honorable Susan D. Wigenton

Date of Original Sentence: 06/08/09

Original Offense: Conspiracy to Defraud the United States

Original Sentence: 5 year probation; Restitution $63,663.57

Type of Supervision: Probation　　　　　　　　　　Date Supervision Commenced: 06/08/09

## PETITIONING THE COURT

[ ]　To extend the term of supervision for　　Years, for a total term of　　Years.
[X]　To modify the conditions of supervision as follows. The addition of the following special condition(s):

**COMMUNITY SERVICE** (50 hours over 2 months)

You shall contribute 50 hours of community service work over a period of 2 months or less, from the date supervision commences. Such service shall be without compensation, with the specific work placement to be approved by the U.S. Probation Office.

## CAUSE

On November 21, 2012, Moinville tested positive for use of marijuana. In addition, she has failed to follow the instructions of the probation officer by failing to report change of employment within 72 hours, and submit employment search logs.

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　　　Carolee Ann Azzarello
　　　　　　　　　　　　　　　　By: *Lisa Martino* 2012.12.20 12:00:30
　　　　　　　　　　　　　　　　　　　　　　U.S. Probation Officer
　　　　　　　　　　　　　　　　　　　　　　Date: 12/20/12

---

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

　　　　　　　　　　　　　　　　　　Signature of Judicial Officer
　　　　　　　　　　　　　　　　　　January 7, 2013
　　　　　　　　　　　　　　　　　　Date